Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

_____ Division

Michael James Ross
PollutionScience.com

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Collier County Commissioner Rick LoCastro, Chris Hall, Burt L. Saunders, Dan Kowal and William L. McDaniel, Jr.

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:24-cv-850-JLB-NPM
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ✔ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　Name: Michael James Ross
　　Street Address: 3201 Bee Caves Road. Suite 120. P.O. Box 160431
　　City and County: Austiin, Travis County
　　State and Zip Code: Texas, 78716
　　Telephone Number: 949-376-7371
　　E-mail Address: PollutionScience@Protonmail.com

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Collier County, Florida Commissioner Rick LoCastro |
| Job or Title *(if known)* | Collier County, Florida Commissioner |
| Street Address | 3299 Tamiami Trail East, Suite 303 |
| City and County | Naples, Collier County, Florida |
| State and Zip Code | Florida, 34112 |
| Telephone Number | 239-252-8383 |
| E-mail Address *(if known)* | Rick.LoCastro@colliercountyfl.gov |

Defendant No. 2

| | |
|---|---|
| Name | Collier County, Florida Commissioner Chris Hall |
| Job or Title *(if known)* | Collier County, Florida Commissioner |
| Street Address | 3299 Tamiami Trail East, Suite 303 |
| City and County | Naples, Collier County, Florida |
| State and Zip Code | Florida, 34112 |
| Telephone Number | 239-252-8383 |
| E-mail Address *(if known)* | Chris.hall@colliercountyfl.gov |

Defendant No. 3

| | |
|---|---|
| Name | Collier County, Florida Commissioner Burt L. Saunders |
| Job or Title *(if known)* | Collier County, Florida Commissioner |
| Street Address | 3299 Tamiami Trail East, Suite 303 |
| City and County | Naples, Collier County, Florida |
| State and Zip Code | Florida, 34112 |
| Telephone Number | 239-252-8075 |
| E-mail Address *(if known)* | Burt.Saunders@colliercountyfl.gov |

Defendant No. 4

| | |
|---|---|
| Name | Collier County Commissioner Dan Kowal |
| Job or Title *(if known)* | Collier County, Florida Commissioner |
| Street Address | 3299 Tamiami Trail East, Suite 303 |
| City and County | Naples, Collier County, Florida |
| State and Zip Code | Florida, 34112 |
| Telephone Number | 239-252-8075 |
| E-mail Address *(if known)* | Dan.kowal@colliercountyfl.gov |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

These officials have violated the Summary of the Pollution Prevention Act, Summary of the National Environmental Policy Act, Summary of the Marine Protection, Research, and Sanctuaries Act, Summary of the Food Quality Protection Act, Summary of the Safe Drinking Water Act. We have published a book with aditional environmental damage in Collier County, Florida. PollutionScience101Florida.Blogspot.com / PollutionScience.com

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Michael James Ross from PollutionScience.com states that the Collier County, Florida government has failed the people with properly protecting the environment. Here is the article PollutionScience.com has written about the environmental problems in Florida and why these problems need to be fixed. PollutionScience101Florida.Blogspot.com / PollutionScience.com

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We want all 2024 Collier County, Florida Politicians to either fix many of the environmental problems or to leave office. These officials can either fix these environmental problems, or these officials should be fired and leave office.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff         _____
Printed Name of Plaintiff      Michael James Ross

### B. For Attorneys

Date of signing: _____

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Street Address                 _____
State and Zip Code             _____
Telephone Number               _____
E-mail Address                 _____